1  Michael G. Doan 175649
   DOAN LAW FIRM
2  1930 S. Coast Hwy #206
   Oceanside, CA 92054
3  760/450-3333 fax 760/720-6082
   mike@doanlaw.com
4
                UNITED STATES BANKRUPTCY COURT
5
                SOUTHERN DISTRICT OF CALIFORNIA
6
7  In re                           )    Case No.  19-05079-MM13
                                   )
   Michael and Debra Johnson,      )    DEBTORS' MOTION FOR AUTHORITY
8                                  )    TO SELL REAL ESTATE
                                   )
9           Debtor(s).             )    Date:
                                   )    Time:
10                                 )    Dept :
                                   )
11  _____  )

12      Debtors move this Court for an order for Authority to Sell Real Estate as follows:

13      Debtors own the property located at 4322 Auklet Way, Oceanside, CA 92057 (Docket 1).

14  This property is subject to a mortgage held by Freedom Mortgage Corporation, in the

15  approximate amount of $309,000 (Docket 1, Docket 37).

16      Debtors desire to sell the property for $524,800 (Exhibit A). As stated in their Chapter 13

17  Plan (Docket 2) Debtors will apply the proceeds from selling the above property to purchase a

18  new home in San Francisco where they plan to move to due to new employment.

19      On September 10, 2022, debtors completed their Chapter 13 Plan by mailing $7,050.17

20  via overnight mail.

21      Trustee advises that it may take 90 to 120 days for their Chapter 13 case to close.

22      Debtors do not want to lose sale of the home, as the buyer has offered cash for the full

23  price of the property.

24      **WHEREFORE** Debtors request the Court issue an order:

25      1) Authorizing the sale of the real property located at 4322 Auklet Way, Oceanside, CA

26  92057.

27  / / /

28  / / /

2) Waiving the 14-day Stay of F.R.B.P. 6004(h),

3) Attorney fees of $595 paid on September 23, 2022, and

4) Such other relief as is just and proper.

Date: 9/23/2022                     Submitted by:

                                                 /s/ Michael G. Doan
                                                Attorney for Debtor

EXHIBIT A



**POWER ESCROW, INC.**

300 Carlsbad Village Drive Suite 206
Carlsbad, CA 92008

Phone: (760) 607-5911

## SELLER'S ESTIMATED SETTLEMENT STATEMENT

| | |
|---|---|
| PROPERTY: | 4322 Auklet Way, Oceanside, CA 92057 |
| SELLER: | |
| DATE: | August 30, 2022 |
| CLOSING DATE: | |
| ESCROW NO.: | 000082-CS |

| | DEBITS | CREDITS |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 524,800.30 |
| **COMMISSION CHARGES** | | |
| HomeSmart Realty West | 7,872.00 | |
| Selling agent commission | 10,496.01 | |
| **PAYOFF CHARGES - First Lien Holder** | | |
| [Total Payoff $309,000.00] | | |
| Principal Balance | 309,000.00 | |
| **ESCROW CHARGES - Power Escrow, Inc.** | | |
| Escrow Fee | 1,399.60 | |
| Filing F.T.B. 593 | 45.00 | |
| Processing Fee | 250.00 | |
| Federal Express / Overnight Service *EST | 120.00 | |
| 1099 Processing | 10.00 | |
| **TITLE/TAXES/RECORDING CHARGES - Title Company** | | |
| Owner's Title Policy | 1,711.00 | |
| Messenger Fee | 50.00 | |
| Overnight Courier- Payoff | 30.00 | |
| Sub Escrow Fee | 62.50 | |
| Wire Fee | 30.00 | |
| Documentary Transfer Tax | 577.50 | |
| **H.O.A./MANAGEMENT** | | |
| Transfer Fee **EST to | 275.00 | |
| Document Fee(s) **EST to | 650.00 | |
| **OTHER DEBITS/CREDITS** | | |
| SNAPNHD, LLC for Natural Hazard Disclosure Report | 100.00 | |
| **Net Proceeds** | 192,121.69 | |
| **TOTAL** | $ 524,800.30 | $ 524,800.30 |

THIS IS AN ESTIMATE ONLY AND FIGURES ARE SUBJECT TO CHANGE